UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re
CARL HAROLD ERNST, JR.

Case No. 23-30746 DM 13
(Chapter 13)

**FILED**

NOV 13 2023
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Petitioner/Debtor.
_____ /

Declaration of Service

I, declare as follows:

I am over the age of eighteen years old.

On November 13, A.D. 2023 I served by U.S. Mail a true copy of Debtor's Motion for Further Time to File Schedules, Statement of Financial Affairs, Plan and other documents, Order Granting Time To File Schedules, Statement of Financial Affairs, Plan and other documents in the UNITED STATES BANKRUPTCY COURT, CALIFORNIA NORTHERN BANKRUPTCY COURT to:

David Burchard
P.O. Box 8059
Foster City, CA 94404

Robertson, Anschutz, Schneid & Crane LLP
Attn: Theron S. Covey
350 10th Ave., Suite 1000
San Diego, CA 92101

And that I served the same by depositing in an envelope a copy of the above stated documents, sealed the same and paid the required postage for mailing which was sent to the address herein which has service for U.S. Mail available.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 13 November 2023

By: _____
Venessa Shah AR by POA

NOTICE: THIS INSTRUMENT IS ISSUED UNDER THE SOLE ACTOR DOCTRINE