United States Bankruptcy Court

Northern District of California

| | |
|---|---|
| In re: | Case No. 23-30746-DM |
| Carl Harold Ernst, Jr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0971-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Nov 14, 2023 | Form ID: pdfeoc | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Carl Harold Ernst, Jr., 542 Verducci Dr., Daly City, CA 94015-2844 |
| | + Carl Harold Ernst, Jr., 865 Vermont Street, San Francisco, CA 94107-2614 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Burchard | TESTECF@burchardtrustee.com  dburchard13@ecf.epiqsystems.com |
| Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |
| Theron S. Covey | on behalf of Creditor Deutsche Bank National Trust Company tcovey@raslg.com |

TOTAL: 3

Signed and Filed: November 14, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy Case |
| | ) No. 23-30746 |
| CARL HAROLD ERNST, JR., | ) |
| | ) Chapter 13 |
| Debtor. | ) |
| | ) |

### ORDER REGARDING VENESSA SHAH'S STATUS AS DEBTOR'S AUTHORIZED REPRESENTATIVE

On October 31, 2023, the above-captioned bankruptcy case was initiated via a skeletal bankruptcy petition (Dkt. 1). Nothing about the petition or accompanying documents indicated that anyone other than Debtor Carl Harold Ernst, Jr. ("Debtor") prepared the petition.

On November 13, 2023, Venessa Shah, on behalf of Debtor, filed a document titled Motion for Requesting Time to File Schedules, Statement of Financial Affairs, Plan, and other documents (the "Motion"). The Motion states that Ms. Shah is the Debtor's Authorized Representative via a Power of Attorney. There is no proof, other than the statement within the Motion,

-1-

that Ms. Shah is actually Debtor's Authorized Representative or has any authority to prosecute a bankruptcy on Debtor's behalf.

The court must first determine whether Ms. Shah may prosecute a case on behalf of the Debtor pursuant to Federal Rule of Bankruptcy Procedure 1004.1 prior to making any other decision regarding this case.

Accordingly, the court HEREBY ORDERS Venessa Shah to file with the court any and all proof regarding her status as an authorized representative with the power to file bankruptcy on Debtor's behalf **on or before November 28, 2023.** The court will render a decision regarding an extension of time to file required case opening documents thereafter.

*** END OF ORDER ***

COURT SERVICE LIST

Carl Harold Ernst, Jr.
865 Vermont Street
San Francisco, CA 94107

Carl Harold Ernst, Jr.
c/o Venessa Shah
542 Verducci Dr.
Daly City, CA 94015

-3-